IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00659-WYD-KMT

TANA MURRAY,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 60), filed May 5, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 60) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:  May 6, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge